J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Nike, Inc.

**FILED**
JUL 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 03261 BZ

| | |
|---|---|
| Nike, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Antonio D. Carpenter, an individual and d/b/a Pro Styles Barbershop and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No.<br><br>NOTICE OF INTERESTED PARTIES<br><br>CIVIL LOCAL RULE 3-16(c)(1) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 26, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiff, Nike, Inc.

**ORIGINAL**

Nike, Inc. v. Carpenter: Notice of Interested Parties        - 1 -