**United States District Court**
For the Northern District of California

1
2
3
4           UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6
7  NIKE, INC.,                           No. C 08-03261 JW
8           Plaintiff(s),
                                         CLERK'S NOTICE SETTING CASE
9      v.                                MANAGEMENT CONFERENCE
10 ANTONIO D. CARPENTER,ET.AL,
11          Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due the recent case reassignment a Case Management Conference has
16
   been set before Judge James Ware **October 20, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280
17
   S. 1st Street, San Jose, California. The parties are to file a joint case management conference
18
   statement by **October 10, 2008.**
19
   Dated: July 28, 2008
20
                                         FOR THE COURT,
                                         Richard W. Wieking, Clerk
21
22
                                         by:  _____/s/_____
23                                              Elizabeth Garcia
                                                Courtroom Deputy
24
25
26
27
28