**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nike, Inc., | NO. C 08-03261 JW |
|         Plaintiff, <br>   v. | **JUDGMENT AND PERMANENT INJUNCTION** |
| Antonio D. Carpenter, | |
|         Defendant. | |

Pursuant to the Court's February 6, 2009 Order Granting Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction, judgment is entered in favor of Plaintiff Nike, Inc., against Defendant Antonio D. Carpenter, an individual doing business as Pro Styles Barbershop.

Judgment is entered in the amount of $100,000 for statutory damages with post-judgment interest to be calculated pursuant to the statutory rate.

Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of this injunction are hereby restrained and permanently enjoined from:

(1) Infringing the Nike Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling or offering for sale any unauthorized product which features any of the Nike Trademarks ("Unauthorized Products"), and, specifically from:

(2) Importing, manufacturing, distributing, advertising, selling or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce,

1       copy or use the likenesses of or bear a confusing similarity to any of the Nike

2       Trademarks;

3   (3)  Importing, manufacturing, distributing, advertising, selling or offering for sale in

4       connection thereto any unauthorized promotional materials, labels, packaging or

5       containers which picture, reproduce, copy or use the likenesses of or bear a confusing

6       similarity to any of the Nike Trademarks;

7   (4)  Engaging in any conduct that tends falsely to represent that, or is likely to confuse,

8       mislead or deceive purchasers, Defendant's customers or members of the public to

9       believe, the actions of Defendant, the products sold by Defendant, or Defendant

10       himself is connected with Nike, is sponsored, approved or licensed by Nike, or is

11       affiliated with Nike;

12   (5)  Affixing, applying, annexing or using in connection with the importation,

13       manufacture, distribution, advertising, sale or offer for sale or other use of any goods

14       or services, a false description or representation, including words or other symbols,

15       tending to falsely describe or represent such goods as being those of Nike.

16   Each party shall bear their own fees and costs. The Clerk shall close this file.

18 Dated: February 6, 2009

                                      JAMES WARE
                                      United States District Judge

*United States District Court*
*For the Northern District of California*

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

J. Andrew Coombs  *andy@coombspc.com*
Annie S. Wang  *annie@coombspc.com*

**Dated: February 6, 2009**                                   **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers
                                                                     Elizabeth Garcia
                                                                     Courtroom Deputy**